Craig A. Brandt (SBN 133905)
LAW OFFICE OF CRAIG A. BRANDT
5354 James Avenue
Oakland, CA 94618
Telephone: (510) 594-1356
Email: craigabrandt@att.net

Attorneys for Plaintiff
CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CHAMPION HOME BUILDERS, INC., ET AL.,<br><br>    Defendants. | Case No.:   2:23-cv-01273-DJC-SCR<br><br>**STIPULATION TO DISMISS ENTIRE ACTION AGAINST DEFENDANTS WITH PREJUDICE; AND ORDER**<br><br>FRCP 41(a)(2)<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251, et seq.)** |

Good cause appearing, and the parties having stipulated and agreed, IT IS HEREBY ORDERED as follows:

The Second Amended Complaint filed in this matter by Plaintiff CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC, and all claims against Defendants CHAMPION HOME BUILDERS, INC. and SKYLINE CHAMPION CORPORATION are hereby dismissed in their entirety with prejudice. Each party is to bear their own attorney fees and costs, except as provided for in the settlement agreement.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  April 18, 2025            /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE